AO 442 (Rev. 11/11) Arrest Warrant                                                                                                  11299287

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>FI DUONG (AKA: "Jim," "Monkey," & "Monkey King")<br><br>*Defendant* | ) Case: 1:21-mj-00511<br>) Assigned to: Judge Meriweather, Robin M.<br>) Assign Date: 6/30/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                              **FI DUONG**                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions;
40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding.

Date:      06/30/2021                                                                    2021.06.30 16:53:42 -04'00'
                                                                                         *Issuing officer's signature*

City and state:       Washington, D.C.                           Robin M. Meriweather, U.S. Magistrate Judge
                                                                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/01/2021 , and the person was arrested on *(date)* 07/02/2021
at *(city and state)* Washington DC .

Date: 07/02/2021

*Arresting officer's signature*

Steven Caldwell    DEO
*Printed name and title*